**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**ANDY E. NUNEZ**<br>**JENNIFER G. MENDEZ**<br>**AKA JENNIFER G MENDEZ-NUNEZ**<br>Debtors | BK. No. 17-18330-amc<br><br>Chapter No. 13 |
| **WELLS FARGO BANK, NA**<br>Movant<br>v.<br>**ANDY E. NUNEZ**<br>**JENNIFER G. MENDEZ**<br>**AKA JENNIFER G MENDEZ-NUNEZ**<br>Respondents | 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

     **AND NOW**, this 9th day of October, 2018, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, NA** (Movant), it is:

     **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7543 WOOLSTON AVENUE, PHILADELPHIA, PA 19150 NKA 7543 WOOLSTON AVE, PHILADELPHIA, PA 19150 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

     **ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, NA** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

     **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE       ANDY E. NUNEZ
(TRUSTEE)      7543 WOOLSTON AVE
P.O. BOX 1229      PHILADELPHIA, PA 19150
PHILADELPHIA, PA 19105

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

JENNIFER G. MENDEZ
AKA JENNIFER G MENDEZ-NUNEZ
7543 WOOLSTON AVE
PHILADELPHIA, PA 19150

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107