Certificate Number: 03088-PAE-DE-037183808

Bankruptcy Case Number: 17-18330



03088-PAE-DE-037183808

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 14, 2023, at 5:43 o'clock PM CST, Jennifer G Mendez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 14, 2023                By:    /s/Doug Tonne

                                          Name:  Doug Tonne

                                          Title: Counselor